RUDOLF KATS, Doing Business as COLUMBIA CAPITAL CO., Respondent, v THROOP AND GATES, INC., Appellant, and CAPITAL L. HOLDINGS, LLC, Intervenor-Respondent, et al., Defendants.

Submitted December 19, 2016; decided February 16, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.